GEORGEANN HUNTER NICOL, SBN 116054
LAW OFFICE OF GEORGEANN HUNTER NICOL
10063 Riverside Drive, Unit 2304
Toluca Lake, CA 91610
Telephone: (323) 835-3194
Email: gnicolesq@gmail.com

Proposed Attorneys for
Wesley H. Avery, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LEOPOLDO ALMODOVAR DIMAGUILA and TERESITA RAGRAGIO DIMAGUILA,<br><br>Debtors. | CASE NO: 2-17166-bk-RK<br><br>Chapter 7<br><br>APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. §327(a), Fed. R. Bank. P. 2014 and Loc. Bankr. R. 2014-1(b)(2)]<br><br>Date: [To be determined]<br>Time: [To be determined]<br>Place: U.S. Courthouse 255 E. Temple St. Los Angeles, CA 90012 |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND OTHER PARTIES IN INTEREST:**

Comes now Wesley H. Avery, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Leopoldo Almodovar Dimaguila and Teresita Ragragio Dimaguila (the "Estate") of the above-captioned Debtors Leopoldo Almodovar Dimaguila and Teresita Ragragio Dimaguila, (the "Debtors"), in Case No. 2-17166-bk-RK (the "Bankruptcy Case"), who hereby

applies (the "Application") to Georgeann Hunter Nicol and The Law Office of Georgeann Hunter Nicol ("Nicol" or "Counsel"), as the Trustee's general bankruptcy counsel as of July 20, 2017 pursuant to 11 U.S.C. § ("Section") 327(a).

The Application is made on the basis of the following facts:

1. The Debtor filed a voluntary chapter 7 petition on June 12, 2017. On or about June 12, 2017. Wesley H. Avery was appointed as the Chapter 7 Trustee for the case.

2. In his schedules, the Debtor listed a real property with the value of $550,000.00 and with indebtedness of $378,000.00 and with the debtors exempting $175,000. The actual value of the property is approximately $650,000.00. Therefore, on the valuation of the property, the Bankruptcy Estate is likely to realize a benefit of approximately $97,000.00

3. Further, the Debtors failed to list any vehicles or bank accounts of any kind in their schedules along with unlisted vacant land that they are on title to located in Mount Waterman, California. The Trustee needs to retain counsel to determine the full value of these assets and to liquidate the Estate's ownership in same. It is also necessary and appropriate to employ Counsel to offer legal advice to the Trustee and to prosecute any other actions related to the administration of the Estate.

4. Counsel was not paid a retainer, and may only be compensated as approved by this Court upon written notice to creditors pursuant to Section 330(a). The hourly rate of Nicol is $400.00 per hour and her colleague Adam Stevens' (Stevens) rate is $350.00.

5. As demonstrated by the attached Statement of Disinterestedness, Counsel has no connection with the Debtors, nor do they hold or represent an interest adverse to the Estate and, therefore, is disinterested within the meaning of Section 101. Nicol and Stevens resumes are attached as **Exhibit A**.

6. Counsel has agreed and the Trustee proposes that Counsel's compensation from the Estate shall be subject to prior Court approval after services are rendered and based on the availability of funds in the Estate for payment of said compensation. Counsel proposes to charge the Estate lawyer's fees, and to seek reimbursement of actual out-of-pocket expenses, at rates as set forth herein below. It is intended by the Parties that this Application and the Court's order approving it shall constitute the agreement between them. It is further agreed that all payments for attorney's fees and reimbursement of expenses of Counsel shall be paid from the Estate's funds, as, when, and if such funds become available and the Court approves disbursement thereof pursuant to Section 330(a).

7. Counsel also proposes to charge the Estate for her actual and necessary out-of-pocket expenses for long distance telephone calls, messenger charge, overnight mail costs, postage, parking expenses, court reporters' fees, VARS charges for transcripts of hearings, charges by the clerk of the Bankruptcy Court, witness and mileage fees as required by statute, and expenses for service of process when necessary. Additionally, Counsel proposes to charge as out-of-pocket expenses the following items at the following rates:

 Facsimile $1.00 per page
 Photocopies $ .20 per page
 Mileage Standard IRS mileage rate.

8. Notice of this Application has been given in accordance with the rules of this Court. (See **Exhibit B** attached hereto.) Exhibit B includes a disclosure that approval of employment is to be effective as of July 20, 2017. The reason why approval of employment has been requested effective July 20, 2017 is because that is about when Counsel began rendering services.

9. To the best of Applicant's knowledge, as reflected in the Declaration attached hereto, Applicant believes that neither Nicol or Stevens have any connection with the Debtor, the creditors, or any other party in interest, or their respective attorneys or accountants, or the United States Trustee or any person employed in the office of the United States Trustee.

3
APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GENERAL BANKRUPTCY COUNSEL

10. Counsel has not received a lien or interest in property of the Debtor or third parties with respect to its representation of the Trustee. No agreement exists for a division of fees between Counsel and any other person or entity except as among the members of the Counsel.

11. There is no agreement between the Trustee and Counsel regarding Counsel's employment in this case other than as expressed in the within Application.

12. To the best of Applicant's knowledge and belief, Counsel has no present connection with any party in interest, and holds no interest adverse to those of Debtor or of the Estate in the matters upon which she is to be employed and her employment is in the best interest of this Estate.

**WHEREFORE**, Trustee prays for orders as follows:

A. That the Application is granted;

B. That the employment of Counsel, as of July 20, 2017 is approved under Section 327 (a) as the Trustee's general bankruptcy counsel;

C. For such other and further relief that the Court deems just and proper.

DATED: July 26, 2017

_____
Wesley H. Avery, Chapter 7 Trustee

The undersigned agrees to all of the above.

By:   // Georgeann Hunter Nicol
      Georgeann Hunter Nicol, Esq.

# EXHIBIT A

# GEORGEANN HUNTER NICOL
## Curriculum Vitae

## EDUCATION & CREDENTIALS

- **Juris Doctor**, Glendale University College of Law - Glendale, CA
- **Bachelor of Arts,** University of California, Los Angeles
- Member, California State Bar
- Member, Central District of California Consumer Bankruptcy Lawyers Association
- Admitted to practice before the California courts, Federal District Courts and 9th Circuit Court

## PROFESSIONAL EXPERIENCE

**LAW OFFICE OF GEORGEANN HUNTER NICOL,** Toluca Lake, CA                2017
*Attorney*

For the past 15 years, Ms. Nicol's practice has focused almost exclusively in bankruptcy and bankruptcy litigation. Ms. Nicol has been a member of the California State Bar since 1984 and has represented debtors, creditors and trustees in over 400 bankruptcy cases in California. Ms. Nicol has been involved in numerous highly contested matters, adversary proceedings, trials and appeals.

**LAW OFFICE OF HAVKIN & SHRAGO,** Woodland Hills, CA                2012 – 2017
*Of Counsel*

While at Havkin & Shrago Ms. Nicol represented Chapter 7 Trustees in a wide variety of cases. In one such case, Ms. Nicol represented Wesley H. Avery, a Chapter 7 Trustee, in an extremely complicated and highly contested matter entitled: *In re Meir Asher*. This matter involved numerous contested motions of every nature and type, adversary complaints, and was ultimately settled in district court just days before a jury trial and after 4 years of litigation before Judge Jay C. Ghandi with an excellent resolution for the creditors.

Prior to becoming Of Counsel and specializing in bankruptcy law, Ms. Nicol previously represented clients in the entertainment field, labor matters, complex personal injury cases and environmental law. Drawing on her experience in these fields equipped her to assist her clients in successfully discharging their debts and defeating claims brought against them by creditors, Chapter 7 and 11 Trustees, and the Office of the United States Trustee. Ms. Nicol has prevailed for her clients in numerous nondischargability cases involving claims of fraud, misrepresentation and willful conduct. After many years of vigorously representing debtors, Ms. Nicol was asked by Wesley H. Avery, Chapter 7 Trustee, to represent him in the *In re Meir Asher* matter amongst others.

# ADAM F. STEVENS

10063 Riverside Drive, Unit 2304 | Toluca Lake, CA 91610
310.487.4902 | AdamStevensLaw@gmail.com

### ATTORNEY

Detail-oriented professional with a broad range of litigation and transactional experience representing both corporate and individual clients. Dedicated self-starter proficient with intellectual property, copyright, trademark, bankruptcy, and contract law. Highly motivated leader with a strong focus on client satisfaction.

- Litigation
- Intellectual Property
- Bankruptcy (Ch.7)
- Trademarks
- Law & Motion
- Deposition & Trial Kits
- Finance & Technology
- Contracts
- Federal & State Court
- Copyright
- Document Review
- Due Diligence

### EDUCATION & CREDENTIALS

- **Juris Doctor**, University of California, Los Angeles
- **Bachelor of Arts in History,** University of California, Berkeley
- Member, California State Bar (SBN 262391)
- Admitted to practice before the C.D. Cal. and N.D. Cal. U.S. District Courts

### PROFESSIONAL EXPERIENCE

**LAW OFFICE OF GEORGEANN HUNTER NICOL,** Toluca Lake, CA                         2017
*Associate*
- Consumer bankruptcy.
- General civil litigation.
- Trademark prosecution.
- Copyright prosecution.
- Personal Injury.

**LAW OFFICE OF ADAM STEVENS,** Toluca Lake, CA                                    2012 – 2016
*Principal*
Law and motion, bankruptcy, mediation, and trial experience representing corporate and individual clients.
- Litigate Fair Debt Collection Practice Act claims on behalf of consumers in the C.D. Cal. and N.D. Cal. U.S. District Courts.
- Trademark registration and litigation, including proceedings before U.S. Patent & Trademark Office's Trademark Trial & Appeal Board.
- Representation of individual and business clients in Chapter 7 bankruptcy proceedings.

ADAM F. STEVENS                                                                                              Resume, Page 2

- Representation of visual artists, authors, and musicians in copyright registration, licensing, and enforcement of intellectual property rights.
- Negotiate and draft contracts, advise clients regarding contractual language.
- General business litigation, including federal and state court law and motion practice, as well as state court trial experience.


**GIBSON, DUNN & CRUTCHER LLP**, Los Angeles, CA                                               2006 – 2012
*Staff Attorney*

Extensive experience working on large-scale, highly complex litigation and transactional matters on behalf of a host of corporate clients.
- Performed "issue spotting," document, and privilege reviews in a variety of hard and soft intellectual property litigation matters, including preparation of deposition kits in both trademark and patent litigation.
- Assisted lead counsel in compiling deposition and witness kits for use in large scale, complex antitrust and technology litigation.
- Supervised contract attorney teams tasked with large-scale electronic document reviews in a range of litigation and internal investigation matters. Acted as "point person" liaising between those review teams and corresponding litigation/investigation attorney teams.
- Conducted highly sensitive due diligence reviews on behalf of corporate clients in the finance, energy, and technology sectors.

# EXHIBIT B

GEORGEANN HUNTER NICOL, SBN 116054
LAW OFFICE OF GEORGEANN HUNTER NICOL
10063 Riverside Drive, Unit 2304
Toluca Lake, CA 91610
Telephone: (323) 835-3194
Email: gnicolesq@gmail.com

Proposed Attorneys for
Wesley H. Avery, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LEOPOLDO ALMODOVAR DIMAGUILA and TERESITA RAGRAGIO DIMAGUILA,<br><br>Debtors. | CASE NO: 2-17166-bk-RK<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. §327(a), Fed. R. Bank. P. 2014 and Loc. Bankr. R. 2014-1(b)(2)]<br><br>Date: [To be determined]<br>Time: [To be determined]<br>Place: U.S. Courthouse 255 E. Temple St. Los Angeles, CA 90012 |

TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND OTHER PARTIES IN INTEREST:

Please take notice that Wesley H. Avery, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned Debtors Leopoldo Almodovar Dimaguila and Teresita Ragragio Dimaguila, (the "Debtors"), in Case No. 2-17166-bk-RK (the "Bankruptcy Case"), who hereby applies (the "Application") to employ who

NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GENERAL
BANKRUPTCY COUNSEL

hereby applies (the "Application") to employ Georgeann Hunter Nicol, Esq. and The Law Office of Georgeann Hunter Nicol ("Nicol or "Counsel"), as the Trustee's general bankruptcy counsel as of July 20, 2017 pursuant to 11 U.S.C. § ("Section") 327(a). The Application is made on the basis of the following facts:

1. The Debtor filed a voluntary chapter 7 petition on June 12, 2017. On or about June 12, 2017. Wesley H. Avery was appointed as the Chapter 7 Trustee for the case.

2. In their schedules, the Debtors listed a real property with the value of $550,000.00 and with indebtedness of $378,000.00 and with the debtors exempting $175,000. The actual value of the property is approximately $650,000.00. Therefore, on the valuation of the property, the Bankruptcy Estate is likely to realize a benefit of approximately $97,000.00.

3. Further, the Debtors failed to list any vehicles or bank accounts of any kind in their schedules along with unlisted vacant land that they are on title to located in Mount Waterman, California. The Trustee needs to retain counsel to determine the full value of these assets and to liquidate the Estate's ownership in same. It is also necessary and appropriate to employ Counsel to offer legal advice to the Trustee and to prosecute any other actions related to the administration of the Estate.

4. Counsel was not paid a retainer, and may only be compensated as approved by this Court upon written notice to creditors pursuant to Section 330(a). The hourly rate of "Nicol" is $400.00 per hour and her colleague Adam Steven's rate is $350.00.

5. Counsel has agreed and the Trustee proposes that Counsel's compensation from the Estate shall be subject to prior Court approval after services are rendered and based on the availability of funds in the Estate for payment of said compensation. Counsel proposes to charge the Estate lawyer's fees, and to seek reimbursement of actual out-of-pocket expenses, at rates as set forth herein. It is intended by the Parties that this Application and the Court's order

approving it shall constitute the agreement between them. It is further agreed that all payments for attorney's fees and reimbursement of expenses of Counsel shall be paid from the Estate's funds, as, when, and if such funds become available and the Court approves disbursement thereof pursuant to Section 330(a).

      6. **PLEASE TAKE FURTHER NOTICE** that pursuant to Loc. Bankr. R. 2014-1(b)(2), any response and request for hearing on the Application must be in the form required by Local Bankruptcy Rule 9013-1(f), filed with the Clerk of the United States Bankruptcy Court, located at 255 E. Temple Street, Ninth Floor, Los Angeles, California 90012 (the "Clerk's Office"), and served upon the Trustee's proposed counsel, whose address appears in the upper left corner of the first page of this Notice, no later than fourteen (14) days from the date of service of this Notice.

      The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received. You may obtain a copy of the Trustee's Application by making a written request to his proposed attorneys at the address and telephone number in the upper left corner of the first page of this Notice. You may obtain copies of all pleadings in the Debtors' Chapter 7 case from the Clerk's Office.

Date: August 18, 2017         THE LAW OFFICE OF GEORGEANN HUNTER NICOL

                                         /s/Georgeann Hunter Nicol
                                         (Proposed) Attorney for Wesley H. Avery Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10063 Riverside Drive, Unit 2304, Toluca Lake, CA 91610

A true and correct copy of the foregoing document entitled (*specify*): APPLICATION AND NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. Sec. 327(a), Fed. R. Bank. P. 2014 and Loc. Bankr. R. 2014-1(b)(2)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/19/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov;
Wesley H. Avery (TR) wamiracle6@yahoo.com, 9 jmoattrustee@gmail.com, C117@ecfcbis.com;

Harriet Goldfarb hlgoldfarb@yahoo.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 08/19/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/2017 | Georgeann Hunter Nicol | /s/ Georgeann Hunter Nicol |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-17166-RK<br>Central District of California<br>Los Angeles<br>Mon Jul 24 14:48:31 PDT 2017 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Bank of America<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200 |
| Barclaycard<br>P.O. Box 60517<br>City of Industry, CA 91716-0517 | Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Carson Smithfield, LLC<br>Merrick Bank<br>P.O. Box 9216<br>Old Bethpage, NY 11804-9016 |
| Department of the Treasury<br>IRS<br>Sacramento, CA 94240-0010 | ERC/TD Bank/Target<br>P.O. Box 23870<br>Jacksonville, FL 32241-3870 | Franchise Tax Board<br>State of CA<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 |
| Macy's<br>P.O. Box 9001094<br>Louisville, KY 40290-1094 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Nordstrom<br>P.O. Box 13589<br>Scottsdale, AZ 85267-3589 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Phillips 76 Co.<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Target Card Services<br>3901 W. 53rd St.<br>Sioux Falls, SD 57106-4216 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Mortgage<br>P.O. Box 30427<br>Los Angeles, CA 90030-0427 | Harriet L. Goldfarb<br>P.O. Box 555<br>Monrovia, CA 91017-0555 |
| Leopoldo Almodovar Dimaguila<br>2923 Marsh St.<br>Los Angeles, CA 90039-2910 | Teresita Ragragio Dimaguila<br>2923 Marsh St.<br>Los Angeles, CA 90039-2910 | Wesley H Avery (TR)<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, CA 91101-5407 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF                    End of Label Matrix
                                   Mailable recipients    23
                                   Bypassed recipients     1
                                   Total                  24

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Georgeann Hunter Nicol, SBN 116054<br>Law Office of Georgeann Hunter Nicol<br>10063 Riverside Drive, Suite 2304<br>Toluca Lake, CA 91610<br><br>Telephone: (323) 835-3194<br>Email: gnicolesq@gmail.com<br><br><br><br><br>*Attorney for:* Wesley H. Avery, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Leopoldo Almodovar Dimaguila and<br>Teresita Ragragio Dimagulia<br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-17166-RK<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br>**(File with Application for Employment)**<br><br>[No Hearing Required] |
|---|---|

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

    Georgeann Hunter Nicol, SBN 116054
    Law Office of Georgeann Hunter Nicol
    10063 Riverside Drive, Suite 2304
    Toluca Lake, CA 91610 Telephone: (323) 835-3194

2. The services to be rendered by the Professional in this case are *(specify)*:
    Determination of the full value and extent of the Debtor's assets and to liquidate the Estates's ownership in same and to offer legal advice to the Trustee and to prosecute any other actions related to the administration of the Estate.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
    Subject to prior court approval after services are rendered and based on availability of funds in the estate.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
No retainer has been or will be paid.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
Review of docket, petition and creditor list.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
None.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
None.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Georgeann Hunter Nicol, SBN 116054
Law Office of Georgeann Hunter Nicol
10063 Riverside Drive, Suite 2304
Toluca Lake, CA 91610

Telephone: (323) 835-3194
Relationship: Self

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                      Page 2                                          F 2014-1.STMT.DISINTEREST.PROF

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

None.

12. Total number of attached pages of supporting documentation: _____

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/2017 | Georgeann Hunter Nicol | /s/ Georgeann Hunter Nicol |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 2014-1.STMT.DISINTEREST.PROF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10063 Riverside Drive, Unit 2304 Toluca Lake, CA 91610

A true and correct copy of the foregoing document entitled: **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 08/19/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Wesley H. Avery (TR) wamiracle6@yahoo.com, jmoattrustee@gmail.com; C117@ecfcbis.com
Harriet Goldfarb hlgoldfarb@yahoo.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 08/19/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/17 | Georgeann Hunter Nicol | /s/ Georgeann Hunter Nicol |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    F 2014-1.STMT.DISINTEREST.PROF

```
Label Matrix for local noticing          Employment Development Dept.          Franchise Tax Board
0973-2                                    Bankruptcy Group MIC 92E              Bankruptcy Section MS: A-340
Case 2:17-bk-17166-RK                     P.O. Box 826880                       P.O. Box 2952
Central District of California            Sacramento, CA 94280-0001             Sacramento, CA 95812-2952
Los Angeles
Mon Jul 24 14:48:31 PDT 2017

Los Angeles City Clerk                    Los Angeles Division                  Bank of America
P.O. Box 53200                            255 East Temple Street,               P.O. Box 301200
Los Angeles, CA 90053-0200                Los Angeles, CA 90012-3332            Los Angeles, CA 90030-1200



Barclaycard                               Capital One                           Carson Smithfield, LLC
P.O. Box 60517                            P.O. Box 60599                        Merrick Bank
City of Industry, CA 91716-0517           City of Industry, CA 91716-0599       P.O. Box 9216
                                                                                Old Bethpage, NY 11804-9016



Department of the Treasury                ERC/TD Bank/Target                    Franchise Tax Board
IRS                                       P.O. Box 23870                        State of CA
Sacramento, CA 94240-0010                 Jacksonville, FL 32241-3870           P.O. Box 942867
                                                                                Sacramento, CA 94267-0011



Macy's                                    Merrick Bank                          Nordstrom
P.O. Box 9001094                          P.O. Box 9201                         P.O. Box 13589
Louisville, KY 40290-1094                 Old Bethpage, NY 11804-9001           Scottsdale, AZ 85267-3589



PRA Receivables Management, LLC           Phillips 76 Co.                       Target Card Services
PO Box 41021                              P.O. Box 530942                       3901 W. 53rd St.
Norfolk, VA 23541-1021                    Atlanta, GA 30353-0942                Sioux Falls, SD 57106-4216



United States Trustee (LA)                Wells Fargo Mortgage                  Harriet L. Goldfarb
915 Wilshire Blvd, Suite 1850             P.O. Box 30427                        P.O. Box 555
Los Angeles, CA 90017-3560                Los Angeles, CA 90030-0427            Monrovia, CA 91017-0555



Leopoldo Almodovar Dimaguila              Teresita Ragragio Dimaguila           Wesley H Avery (TR)
2923 Marsh St.                            2923 Marsh St.                        758 E. Colorado Blvd., Suite 210
Los Angeles, CA 90039-2910                Los Angeles, CA 90039-2910            Pasadena, CA 91101-5407
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                           End of Label Matrix
                                          Mailable recipients    23
                                          Bypassed recipients     1
                                          Total                  24
```